```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

JOHN J. JOHNSON, JR.,

    Plaintiff,

VS.                                        NO. 11-2936-Ma

FEDERAL RESERVE BANK OF
ST. LOUIS, MEMPHIS, TENNESSEE
BRANCH,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order granting motion to withdraw complaint without prejudice, docketed September 17, 2012.

**APPROVED:**

 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *September 18, 2012* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/  Jean Lee* |
| | (By) DEPUTY CLERK |